```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  **v.**                              **CRIMINAL NO. 1:16CR83**
                                                **(Judge Keeley)**

**DANIEL AARON STONE,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 18), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On March 1, 2017, the defendant, Daniel Aaron Stone ("Stone"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Counts Four and Five of the Indictment. After Stone stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Stone's statements during the plea hearing and the testimony of Tammy Devericks, Special Agent, Internal Revenue Service, the magistrate judge found that Stone was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature of the charges against him and the

**USA v. STONE                                                      1:16CR83**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 18), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

consequences of his plea, and that a factual basis existed for the tendered plea. On March 1, 2017, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 18) finding a factual basis for the plea and recommending that this Court accept Stone's plea of guilty to Counts Four and Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Stone's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Counts Four and Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. STONE                                                    1:16CR83

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 18),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Stone and prepare a modified presentence report for the Court;

2. The Government and Stone shall provide their versions of the offense to the probation officer by **March 22, 2017**;

3. The modified presentence report shall be disclosed to Stone, defense counsel, and the United States on or before **April 12, 2017**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the modified presentence report on or before **April 26, 2017;**

5. The Office of Probation shall submit the modified presentence report with addendum to the Court on or before **May 3, 2017**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

**USA v. STONE** 1:16CR83

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 18), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **May 10, 2017.**

The magistrate judge remanded Stone to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Thursday, May 18, 2017** at **1:00 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: March 15, 2017

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE